IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO McKINNEY,

    Petitioner,               No. CIV S-04-1678 LKK GGH P

    vs.

DAVID ORTIZ,

    Respondents.         <u>ORDER</u>

_____/

    In the answer filed January 20, 2005, respondent stated that it would lodge the state court record shortly after filing the answer. Respondent has still not lodged this record.

    Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, respondent shall lodge the relevant state court record.

DATED: 5/27/05

                        /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

ggh:kj
mck1678.fil